UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FERGUSON, et al.**                                                      **CIVIL ACTION**

**VERSUS**                                                             **CASE NO. 16-3670**

**COUCH, CONVILLE & BLITT, LLC**                 **SECTION: "G"(3)**

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 6th day of October, 2016.

                                                 _Nannette Jolivette Brown_
                                                 **NANNETTE JOLIVETTE BROWN**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] *See* Rec. Doc. 9.